IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 4:07cr50-SPM

GUS DASHER,

        Defendant.
_____/

## ORDER CONTINUING TRIAL AND SETTING CHANGE OF PLEA

This cause comes before the Court on Defendant Gus Dasher's motion to continue trial (doc. 18). Defendant explains that he would like to enter a guilty plea but he does not have time to do so before the trial scheduled for 8:30 a.m. on October 15, 2007.

A refusal to grant a continuance would deny Defendant Dasher reasonable time for effective trial preparation in the event the change of plea is unsuccessful. 18 U.S.C. § 3161(h)(8)(B)(iv). The ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 18) is granted.

2.    Trial is continued to November 19, 2007 at 8:30 a.m. at the United States Courthouse in Tallahassee, Florida.

3.      Defendant's change of plea is scheduled for 12:30 p.m. on October 15, 2007, at the United States Courthouse in Tallahassee, Florida.

DONE AND ORDERED this 12th day of October, 2007.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                United States District Judge