IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                             CASE NO.: 4:07cr50-SPM

GUS DASHER,

        Defendant.
_____/

**ORDER DENYING MOTION TO EXTEND VOLUNTARY SURRENDER DATE**

      This cause comes before the Court on the letter from Defendant Gus Dasher, dated April 10, 2008. In the letter, Defendant requests an extension of his April 17, 2008, voluntary surrender date.

      The letter did not reach the Court until after the date for surrender had passed. Accordingly, the request is now moot and will be denied as moot. Furthermore, because Defendant is represented by an attorney, the request violates Northern District of Florida Local Rule 11.1(D). Finally, a similar request was made at the time of sentencing and denied. It is therefore,

      ORDERED AND ADJUDGED that Defendant's request to extend his voluntary surrender date (doc. 43) is denied.

      DONE AND ORDERED this 28th day of April, 2008.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                United States District Judge