IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 4:07cr50-SPM

GUS DASHER,

        Defendant.
_____/

**<u>ORDER ON DEFENDANT'S LETTER DATED MAY 6, 2008</u>**

      This cause comes before the Court on the letter from Defendant Gus Dasher, dated May 6, 2008.  Doc. 47.  Defendant sent the letter to the United States Court of Appeals, Eleventh Circuit.  The Court of Appeals forwarded the letter to this court on May 12, 2008, to determine whether the letter is a valid notice of appeal, and if so, to process the notice of appeal in accordance with Federal Rule of Appellate Procedure 4(a)(1).

      Upon review of the letter, the court finds that Defendant is not attempting to initiate a new appeal.   Instead, the letter was intended to be filed as part of Defendant's direct criminal appeal, which is currently pending as USCA NO. 08-11386-GG.  The Federal Public Defender has advised that it has filed an Anders

brief and that Defendant's letter is probably a response to the Anders brief. Accordingly, it is

ORDERED AND ADJUDGED:

1. The clerk shall forward Document 47 to the United States Court of Appeals, Eleventh Circuit, along with a copy of this order.

2. No further action will be taken by this court on Document 47 unless otherwise directed.

DONE AND ORDERED this 23rd day of May, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:07cr50-SPM