IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                         CASE NO.: 4:07cr50-SPM

GUS DASHER,

     Defendant.
_____/

### ORDER DENYING MOTION TO MODIFY UNDER 18 U.S.C. § 3582

    This cause comes before the Court on Defendant Gus Dasher's Motion for Modification of Term of Imprisonment under Title 18 U.S.C. § 3582.  Upon review, the Court finds that Defendant is not entitled to a sentence modification.

    Defendant was sentenced after the effective date of Amendment 706 and was awarded the two-level reduction to his offense level in his original guideline calculation.  Furthermore, Defendant was subject to a statutory mandatory minimum sentence of 10 years, which determined his sentencing range.  No change to Defendant's sentencing range results from the amendment.  Accordingly, it is

    ORDERED AND ADJUDGED that the Motion for Modification of Term of

Page 2 of 2

Imprisonment under Title 18 U.S.C. § 3582 (doc. 53) is denied.

DONE AND ORDERED this 17th day of September, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:07cr50-SPM